Todd L. Peterson (SBN 142438)
Samuel M. Zaif (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email:  tlpeterson@drydenlaw.com
        smzaif@drydenlaw.com

Attorneys for Plaintiff,
DRUID GROUP, INC.

# IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| DRUID GROUP, INC., </br></br> Plaintiff, </br></br> v. </br></br> LEE DORFMAN, individually and dba Adept of San Francisco, </br></br> Defendants. | USDC No. C 06-05290 PJH </br> *[Related to Case No. C 05-01791 PJH]* </br></br> **[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** </br></br> Case Management Conference </br> Date:  December 14, 2006 </br> Time:  2:30 p.m. </br> Ctrm:  3 </br> Judge:  The Honorable Phyllis J. Hamilton |

Upon review of the Stipulation and Request for Order Continuing Case Management Conference submitted by the parties, through their respective counsel herein, and good cause appearing therefore,

IT IS HEREBY ORDERED:

- The case management conference set for December 14, 2006 is vacated; and,
- The case management conference is now rescheduled for  March 15 , 2007 at  2:30 p.m.  in Courtroom 3, 17th Floor.
- The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

IT IS SO ORDERED.

DATED:  11/21/06

_____
The Honorable Phyllis J. Hamilton

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Druid Group, Inc. vs. Dorfman*
USDC No.C 06-05290 PJH

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715