United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DORFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD JACKSON, et al.,<br><br>    Defendants.<br>_____<br>DRUID GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LEE DORFMAN, et al.,<br><br>    Defendants.<br>_____/ | **RELATED CASES**<br>No. C 05-01791 PJH<br><br><br><br>**ORDER SHORTENING TIME**<br><br><br>No. C 06-5290 PJH |

The request for an order shortening time to hear the motion of Dhillon & Smith and Harmeet K. Dhillon to withdraw as counsel is GRANTED.  The court will hear the motion on Wednesday, March 28, 2007, at 9:00 a.m.

The case management conference, previously set for Thursday, March 29, 2007, will also take place on Wednesday, March 28, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge