Todd L. Peterson (SBN 142438)
Samuel M. Zaif (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email:  tlpeterson@drydenlaw.com
        smzaif@drydenlaw.com

Attorneys for Plaintiff,
DRUID GROUP, INC.

# IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| DRUID GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LEE DORFMAN, individually and dba Adept of San Francisco,<br><br>    Defendants. | USDC No. 3:06-cv-05290-PJH BZ<br><br>[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE<br><br><br>Judge: The Honorable Bernard Zimmerman, Magistrate Judge |

Upon reading the Stipulation and Request for Continuance of Settlement Conference submitted by the parties hereto and filed on August 29, 2007, and good reason appearing therefore,

IT IS HEREBY ORDERED that the Settlement Conference of the above-matter scheduled for September 6, 2007 is continued to: October 23, 2007 at 9:00 a.m.  Settlement conference statements due seven (7) days prior to the conference.

IT IS SO ORDERED.

DATED: August 30, 2007

_____
THE HONORABLE BERNARD ZIMMERMAN
Magistrate Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

*Druid Group, Inc. vs. Dorfman*
USDC No. 3:06-cv-05290-PJH BZ

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
101 CALIFORNIA STREET
SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715