UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE J. DORFMAN, individually and dba ADEPTS OF S.F., dba iDICTATE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>RICHARD JACKSON, individually and dba CYBER SECRETARIES; DRUID GROUP, INC., dba CYBER SECRETARIES, dba YOU DICTATE, et al.,<br><br>　　　　Defendant(s). | No. C05-1791 PJH (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |
| DRUID GROUP, INC.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LEE DORFMAN, individually and dba ADEPT OF S.F.<br><br>　　　　Defendant(s). | No. C06-5290 PJH (BZ) |

　　TO:  LEE DORFMAN and his attorney(s) of record:

　　On May 1, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for October 23, 2007.  Your statement was due October 16, 2007.  It was not received by chambers.

　　**IT IS HEREBY ORDERED** that if a statement is not lodged by

1

```
 1  the close of business tomorrow, Lee Dorfman and his
 2  attorney(s) of record will be sanctioned $100 a day for each
 3  day's delay, beginning from the date it was originally due.
 4  Dated: October 17, 2007
```

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\DRUID.DORFMAN.LATE.PAPERS.ORD.wpd